NO









NO. 12-10-00039-CR

NO. 12-10-00040-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

MICHAEL LADALE MOORE,                        '     APPEALS
FROM THE 114TH

APPELLANT

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH COUNTY,
TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
pleaded guilty to unlawful possession of a firearm by a felon and tampering
with physical evidence.  Pursuant to a plea bargain, the trial court found
Appellant guilty of both offenses and assessed punishment at imprisonment for
ten years and twelve years, respectively.  We have received the trial court’s
certification showing that these are plea bargain cases and that Appellant has
no right to appeal.  Accordingly, the appeals are dismissed for
want of jurisdiction.

Opinion delivered February 10, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(DO  NOT PUBLISH)